NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

## IN RE: UNIVERSAL ELECTRONICS, INC.,
*Appellant*

———————————

2023-1138

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 15/785,954.

———————————

## JUDGMENT

———————————

BENJAMIN GILFORD, Greenberg Traurig, P.A., Chicago, IL, argued for appellant. Also represented by JAMES J. LUKAS, JR., GARY R. JAROSIK; ERIK BOKAR, Greenberg Traurig LLP, Orlando, FL.

FAHD H. PATEL, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Katherine K. Vidal. Also represented by MICHAEL S. FORMAN, AMY J. NELSON, FARHEENA YASMEEN RASHEED, KEVIN RICHARDS.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (REYNA, MAYER, and CUNNINGHAM, *Circuit Judges*).

## AFFIRMED.  *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

March 6, 2024
Date

Jarrett B. Perlow
Clerk of Court